**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Oncology Therapeutics Network Connection,<br><br>    Plaintiff,<br><br>    v.<br><br>Virginia Hematology Oncology PLLC, a limited liability company; Ronald Poulin, an individual,<br><br>    Defendant(s).<br>_____/ | No. C 05-3033   WDB<br><br>ORDER REQUESTING DECISION REGARDING CONSENT OR REASSIGNMENT |

    This case was randomly assigned at filing to the undersigned United States Magistrate Judge. Without the written consent of all parties to jurisdiction pursuant to 28 U.S.C. section 636(c), a Magistrate Judge may not hear and determine a motion that could be dispositive of an action or a claim or defense. On August 2, 2005, defendant Ronald F. Poulin filed a motion to dismiss the complaint for lack of personal jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(2) and for failure to state a claim upon which relief can be granted pursuant to Federal Rule of Civil Procedure 12(b)(6) - a potentially dispositive motion. In light of defendant's pending motion, the Court asks the parties to consider the attached "Consent to Assignment or Request for Reassignment," make an election, and e-file the consent or request for reassignment **by no later than August 15, 2005.**

    IT IS SO ORDERED.

Dated: August 4, 2005

                                                                WAYNE D. BRAZIL
                                                               United States Magistrate Judge

Copies to: Parties, WDB.

1