**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Oncology Therapeutics Network Connection,<br><br>              Plaintiff,<br><br>   v.<br><br>Virginia Hematology Oncology PLLC, a limited liability company; Ronald Poulin, an individual,<br><br>             Defendant(s).<br>_____/ | No. C 05-3033   WDB<br><br>ORDER SETTING BRIEFING SCHEDULE AND ADDRESSING PLAINTIFF'S COUNSEL'S MAINTENANCE OF TIME RECORDS |

On September 9, 2005, plaintiff filed an application for a Right to Attach Order and for an Order For Issuance of Writ of Attachment. If defendants wish to object to plaintiff's application, or to raise a claim of exemption, they must file a brief fully explaining the nature of their objection or claim of exemption **by September 28, 2005.** This brief must (i) identify the pertinent legal principles, quoting in full the statutes and other legal authority on which they rely, (ii) describe all facts to which they claim the pertinent legal principles apply, and (iii) submit evidence of those facts. To the extent that the submitted evidence consists of declarations, those declarations must be based on personal knowledge and signed under penalty of perjury.

If defendants object to plaintiff's application or raise a claim of exemption, plaintiff must file a 'reply' brief **by no later than October 5, 2005.**

1   The Court notes that the Declaration of David J. Cook, Esq., in support of plaintiff's
2   application states that, "As a general matter, Declarant's office does not keep time records
3   herein, and therefore it is difficult to indicate the amount of time expended." See Cook
4   Declaration, ¶ 5. If plaintiff or plaintiff's counsel intend to seek a court award of attorneys
5   fees in this matter in excess of the $660.00 figure referenced in paragraph four of Mr. Cook's
6   declaration, plaintiff's counsel must keep contemporaneous, specific records reflecting the
7   nature of the work performed in this case, and the time spent on each task or event.

Dated: September 14, 2005

_____
WAYNE D. BRAZIL
United States Magistrate Judge

Copies to: Parties, WDB.

2