**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Oncology Therapeutics Network Connection,<br><br>        Plaintiff,<br><br>  v.<br><br>Virginia Hematology Oncology PLLC, a limited liability company; Ronald Poulin, an individual,<br><br>        Defendant(s).<br>_____/ | No. C 05-3033   WDB<br><br>RIGHT TO ATTACH ORDER AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT |

On October 19, 2005, Magistrate Judge Brazil conducted a hearing on plaintiff's application for a writ of attachment and a right to attach order. David J. Cook, Esq., appeared for plaintiff. Gregory Rougeau, Esq., appeared for defendants.

**FINDINGS**

1. The Court FINDS that (i) the claim upon which the attachment is sought is one upon which an attachment may be based; (ii) the evidence submitted by plaintiff (as yet unrebutted) establishes the probable validity of the claim upon which the attachment is based; and (iii) the attachment is not sought for a purpose other than the recovery upon which the request for attachment is based. Cal. Code of Civ. Proc. § 484.090(a).

1

2. The Court FINDS that defendant has failed to prove that any of the property sought to be attached is exempt from attachment. See Cal. Code of Civ. Proc. § 484.090(b).

3. The Court FINDS that defendant Ronald Poulin is an individual.

4. The Court FINDS that defendant Virginia Hematology Oncology is a limited liability company.

5. An undertaking in the amount of $10,000 is required before a writ may issue. Plaintiff has not yet filed an undertaking in that amount (or any amount).

6. The Court FINDS that plaintiff is entitled to a right to attach order as to defendant Virginia Hematology Oncology.

7. The Court FINDS that plaintiff has NOT yet established its right to a writ of attachment as to defendant Ronald Poulin.

8. The Court FINDS that it does not have jurisdiction to issue a writ of attachment as to property whose legal situs is outside the state of California.

**ORDER**

1. Plaintiff has a right to attach property of defendant Virginia Hematology Oncology that is located in California up to a value of $997,961.32.

2. Upon the filing of an undertaking in the amount of $10,000, the Clerk of the Court (or his designated representative) shall issue a writ of attachment against all property of defendant Virginia Hematology Oncology that is located in California and for which a method of levy is provided by Article 2 (commencing with Section 488.300) of Chapter 8 of the California Code of Civil Procedure.)

3. Defendant Virginia Hematology Oncology, whose counsel was present when the following order was pronounced orally by the Court at the October 19, 2005, hearing, shall deliver to the levying officer any documentary evidence in defendant's possession of title to any property described in paragraph two above, and any documentary evidence in defendant's possession of debt owed to defendant described in paragraph two above.

1      4. **Notice to Defendant** – Failure to comply with this order may subject defendant
2 to contempt proceedings.
3      IT IS SO ORDERED.
4 Dated: October 24, 2005      _____
5                              WAYNE D. BRAZIL
                               United States Magistrate Judge