# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| ONCOLOGY THERAPEUTICS NETWORK CORPORATION, a corporation,<br><br>　　　Plaintiff,<br><br>v.<br><br>VIRGINIA HEMATOLOGY ONCOLOGY PLLC, a limited liability company; RONALD POULIN, an individual, and DOES 1 through X, and each of them, inclusive,<br><br>　　　Defendants. | Case No. C 05-3033 WDB<br><br>ORDER GRANTING SUBSTITUTION OF ATTORNEY OF RECORD |

Having reviewed the Defendants, VIRGINIA HEMATOLOGY ONCOLOGY, PLLC and RONALD POULIN's (the "Defendants") Substitution of Attorney, the Court hereby orders that Timothy C. Williams, D. Alexander Floum, and Douglas K. Poulin of the Williams Firm are the new attorney of record representing Defendants in this action.

IT IS SO ORDERED.

Dated: 12/5/05

_____
WAYNE D. BRAZIL
UNITED STATES MAGISTRATE JUDGE

722.01/b

[PROPOSED] ORDER GRANTING SUBSTITUTION OF ATTORNEY OF RECORD