UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Oncology Therapeutics Network Connection,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Virginia Hematology Oncology PLLC, a limited liability company; Ronald Poulin, an individual,<br><br>　　　　Defendant(s).<br>_____/ | No. C 05-3033   WDB<br><br>ORDER FOLLOWING DECEMBER 1, 2005, TELEPHONIC CONFERENCE |

　　　　On December 1, 2005, the Court held a telephonic conference in the above-referenced case. The Court and the parties initially discussed the discovery issues raised in defense counsel's November 29, 2005, correspondence. During this initial discussion, the Court issued the following rulings:

　　　　1. The Court agreed with defendants' position that it is not proper to use a Rule 30(b)(6) deposition notice to 'end-run' the time provisions of Rule 34.

　　　　2. The Court's Order of October 25, 2005, states that, "plaintiff may depose Dr. Poulin regarding the . . . nature, amount and location of his assets (and, if he is designated Virginia Hematology Oncology's 30(b)(6) witness on this topic, the nature, amount, and location of defendant Virginia Hematology Oncology's assets)." See Order Following October 19, 2005, Hearing on Plaintiff's Application for Writ of Attachment And Right to

Attach Order, filed October 25, 2005, p. 4. The Court's Order does not contain a restriction limiting plaintiff's counsel to inquiring about assets located in California, and the Court declines to add such a limitation now.

After the Court made the above-described rulings, defense counsel mentioned that he intended to file a motion for summary judgment within the next two weeks. After brief discussion regarding the nature and implications of defendants' anticipated summary judgment motion, the Court set the following schedule:

1. Defendants' motion for summary judgment must be filed no later than **December 16, 2005.**

2. Plaintiff's opposition to defendants' motion for summary judgment must be filed **by January 9, 2006.** In addition, if plaintiff wishes to file a motion to amend its Complaint to include an alter ego theory of liability against defendant Poulin, he must also file that motion (the motion to amend) **by January 9, 2006.**

3. Defendants' reply in support of their motion for summary judgment must be filed by **January 17, 2006.**[1] If plaintiff files a motion to amend its Complaint, defendants' opposition to the motion to amend **also is due on January 17, 2006.**

4. If plaintiff files a motion to amend its Complaint, its reply in support of its motion must be filed **by January 23, 2006**.

5. A hearing on defendant's motion for summary judgment and on plaintiff's motion to amend the Complaint (if one is filed) will be held on **Wednesday, February 1, 2006 at 1:30 p.m.**

IT IS SO ORDERED.

Dated: December 2, 2005

_____
WAYNE D. BRAZIL
United States Magistrate Judge

Copies to: Parties, WDB, stats

---

[1] During the hearing, the Court orally set a January 16, 2006, deadline for filing these papers. January 16, 2006, however, is a Court holiday.

2