UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Oncology Therapeutics Network Connection,<br><br>   Plaintiff,<br><br> v.<br><br>Virginia Hematology Oncology PLLC, a limited liability company; Ronald Poulin, an individual,<br><br>   Defendants.<br>_____/ | No. C 05-3033   WDB<br><br>**ORDER PERMITTING ADDITIONAL BRIEFING AND CONTINUING HEARING RE DEFENDANTS' MOTION TO DISMISS AND MOTION FOR ATTORNEYS' FEES** |

  Defendants have filed a Motion to Dismiss the Complaint and a Motion for Attorneys' Fees. The Court currently is scheduled to hear these motions and to conduct a case management conference on May 17, 2006, at 3:30 p.m.

  Defendants, in their Reply to plaintiff's opposition to defendants' motion to dismiss, argue <u>for the first time</u> that California Corporations Code §17450 requires this Court to apply the law of Virginia to at least some of plaintiff's claims. Defendants are not entitled to assert new arguments in their Reply. Additionally, defendants filed their Request for Judicial Notice in Support of Motion to Dismiss <u>after</u> plaintiff filed its opposition to the motion to dismiss.

  In order to provide plaintiff with an opportunity to respond to the new information submitted by defendants the Court provides as follows.

1

1  **By Tuesday, May 16, 2006, at <u>4:00 p.m.</u>**, plaintiff must file its response, if any, to defendants' submissions with respect to (1) California Corporations Code §17450 and (2) defendants' "Certificate of Merger."

The hearing and case management conference scheduled for May 17, 2006, at 3:30 is CONTINUED to **Wednesday, May 24, 2006, at 2:15 p.m.**

Additionally, plaintiff's Motion to Compel and Motion for Sanctions currently scheduled for May 24, 2006, at 1:30 will be heard at **2:15 p.m**.

IT IS SO ORDERED.

Dated: May 9, 2006                    /s/ Wayne D. Brazil
                                      WAYNE D. BRAZIL
                                      United States Magistrate Judge

Copies to:
All parties (via electronic mail)
WDB, Stats.

2