UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Oncology Therapeutics Network Connection,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Virginia Hematology Oncology PLLC, a limited liability company; Ronald Poulin, an individual,<br><br>　　　　　Defendants.<br>_____/ | No. C 05-3033   WDB<br><br>**ORDER STAYING DEFENDANTS' OBLIGATION TO ANSWER THE FAC** |

　　　The Court denied defendants' Motion to Dismiss plaintiff's First Supplemental and Amended Complaint ("FAC") and stayed all motion and discovery activity except as noted in the May 25, 2006, Order.

　　　The Court also STAYS defendants' obligation to answer the FAC until further order of this Court.

IT IS SO ORDERED.

Dated:  May 26, 2006　　　　　　　　　　　/s/  Wayne D. Brazil
　　　　　　　　　　　　　　　　　　　　　　WAYNE D. BRAZIL
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Copies to:
All parties (via electronic mail)
WDB, Stats.

1