UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ONCOLOGY THERAPEUTICS NETWORK,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>VIRGINIA HEMATOLOGY ONCOLOGY PLLC, a limited liability company; RONALD POULIN, an individual,<br><br>　　　　　Defendant(s).<br>_____ | No. C 05-3033  WDB<br><br>ORDER FOLLOWING SEPTEMBER 28, 2006, TELEPHONIC STATUS CONFERENCE |

　　On September 28, 2006, the Court held a telephonic status conference in the above-referenced case. For reasons articulated more thoroughly on the record, the Court ORDERS as follows:

　　(1)　**By no later than Thursday, October 12, 2006**, Douglas Poulin, counsel for Defendants, must produce to Plaintiff's counsel copies of checks sent by Defendants to Plaintiff for payments on the medical equipment at issue in this action.

　　(2)　**By no later than Thursday, November 9, 2006**, bookkeepers (or employees functioning in a similar capacity in the accounting department) for Plaintiff and Defendants shall confer, either by telephone or in person, to clarify

uncertainty about: (1) whether amounts paid by Defendants have been accurately credited; (2) whether, in addition to the product Defendants acknowledge receiving, product valued at an additional $140,000 – $180,000 was received by Defendants (Defendants claim it was not); and (3) what amount Defendants owe in interest on the outstanding balance to Plaintiff.

(3) **By no later than Thursday, November 16, 2006**, the bookkeepers (or accounting employees) who confer pursuant to Order number (2) above must meet a second time to exchange further information that may have been obtained after the first meeting, in an effort to finalize answers to the three questions posed in Order number (2). In the event all relevant information is exchanged in the first meeting <u>and</u> all three questions are answered, there is no need for the bookkeepers to meet a second time.

(4) In its Case Management Conference Statement, Plaintiff identified three retired California Superior Court Judges who would be acceptable to serve as a mediator: the Honorable Richard Hodge, the Honorable V. Gene McDonald, and the Honorable David Garcia. The parties are free to decide who they would like to serve as mediator and must reserve a time with the mediator of their choosing to mediate the case during the first week of **December 2006**. If the action settles prior to the date scheduled for mediation, the parties must promptly notify the mediator so he may remove the matter from his calendar.

(5) Finally, on **Monday, December 11, 2006 at 1:30 p.m.**, the parties must appear for a further <u>telephonic</u> status conference. Counsel for Defendants, Mr. Douglas Poulin, must initiate the call, get all parties on the line, then call the Court at **510-637-3909**. Prior to the call, **by Thursday, December 7, 2006,** the parties

1 | must file individual statements or, if possible, a joint statement, updating the Court
2 | on the status of any matters that may be relevant for the Court to assess in deciding
3 | how to proceed.

    IT IS SO ORDERED.

Dated:  October 3, 2006

*/s/ Wayne D. Brazil*

WAYNE D. BRAZIL
United States Magistrate Judge