925 9339810    The Williams Firm                                          12:27:24 p.m.    12-07-2006    2/3

1  Timothy C. Williams, Esq., State Bar No. 128520
2  Douglas K. Poulin, Esq., State Bar No. 219253
   THE WILLIAMS FIRM
3  1850 Mt. Diablo Blvd., Suite 340
   Walnut Creek, California 94596
4  Telephone: (925) 933-9800

5  Attorneys for Defendants,
   VIRGINIA HEMATOLOGY ONCOLOGY, PLLC,
6  VHO, PLLC, and RONALD POULIN

7

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                           OAKLAND DIVISION
11

12
   ONCOLOGY THERAPEUTICS NETWORK, a      | Case No.  C05-03033 WDB
13 limited partnership, of ONCOLOGY      |
   THERAPEUTICS NETWORK CORPORATION IS   | JOINT CASE MANAGEMENT STATEMENT
14 THE GENERAL PARTNER,                  | AND   STIPULATION   TO   CONTINUE
                                         | CASE MANAGEMENT CONFERENCE
15           Plaintiff,                  |
                                         | DATE:   December 11, 2006
16 vs.                                   | TIME:   1:30 P.M.
                                         | CTRM:   B
17                                       | JUDGE:  HON. WAYNE D. BRAZIL
   VIRGINIA HEMATOLOGY ONCOLOGY PLLC, a  |
18 limited liability company; VHO,       |
   PLLC; RONALD POULIN, an individual,   |
19                                       |
20           Defendants.                 |

21     The parties to this action hereby submit this Joint Case
22 Management Statement and Stipulation to Continue Case Management
23 Conference.
24     The parties to this action attended a mediation session
25 yesterday, December 6, 2006, at Plaintiff's offices with Douglas
26 McClure as the mediator.
27     The parties successfully entered into a tentative settlement
28 agreement. The performance of this agreement is not to take

---
JOINT CASE MANAGEMENT STATEMENT AND STIPULATION
TO CONTINUE JOINT CASE MANAGEMENT CONFERENCE

1  place until February 5, 2007. Should this performance be
2  accomplished on February 5, 2007, the settlement will become
3  final. If this performance is not accomplished on February 5,
4  2007, the parties have agreed to attend another mediation session
5  on February 5, 2007.
6     The parties hereby stipulate that the Case Management
7  Conference scheduled for December 11, 2006, at 1:30 p.m. be
8  continued and request that the Court continue this Case
9  Management Conference until the second or third week of February
10 2007, as may be selected by the Court, to allow the parties to
11 complete the tentative settlement and to allow for a further
12 mediation session should this settlement not be finalized.
13    Respectfully Submitted:

The 12/11/06 Case Management Conference is continued to Thursday, February 15, 2007 at 1:30 p.m.

15 December 7, 2006                    THE WILLIAMS FIRM

17                                     _____
                                       DOUGLAS K. POULIN
18                                     Attorney for Defendants VIRGINIA
                                       HEMATOLOGY ONCOLOGY PLLC; VHO,
                                       PLLC; and RONALD POULIN

21 December 7, 2006                    COOK, PERKISS & LEW, P.L.C.

23                                     _____
                                       DAVID J. COOK
24                                     Attorney for Plaintiffs ONCOLOGY
                                       THERAPEUTICS NETWORK, a limited
25                                     partnership, of ONCOLOGY
                                       THERAPEUTICS NETWORK CORPORATION IS
26                                     THE GENERAL PARTNER

27    GRANTED.   12/8/06               /s/ Wayne D. Brazil
28                                     United States
                                       Magistrate Judge

JOINT CASE MANAGEMENT STATEMENT AND STIPULATION
TO CONTINUE JOINT CASE MANAGEMENT CONFERENCE

**PROOF OF SERVICE**

I, Linda Woods, declare that:

I am employed in the County of Contra Costa, California. I am over 18 years of age and am not a party to the within entitled cause; my business address is 1850 Mt. Diablo Boulevard, Suite 340, Walnut Creek, California 94596. On December 7, 2006, I caused to be served the attached documents:

1. Joint Case Management Statement and Stipulation to Continue Case Management Conference

on the party(ies) in said cause, by placing a true copy thereof in a sealed envelope, each envelope addressed as follows:

David J. Cook
Cook, Perkiss & Lew
333 Pine Street, 3rd Floor
San Francisco, CA 94104

XXX (BY OFFICE MAIL) placing true and correct copies thereof enclosed in a sealed envelope(s), with first class postage fully prepaid, for collection and mailing at The Williams Firm, 1850 Mt. Diablo Boulevard, Suite 340, Walnut Creek, CA 94596, addressed as set forth above. I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service,. Correspondence so placed would be deposited with the United States Postal Service that same day in the ordinary course of business.

___ (BY PERSONAL SERVICE) I caused each such envelope to be delivered by hand to the offices of each addressee set forth above.

___ (BY OVERNIGHT DELIVERY) placing true and correct copies thereof enclosed in a sealed envelope(s), for overnight delivery, in a box or other facility regularly maintained by an express service carrier, or delivered to an authorized courier or driver authorized by that express service carrier with delivery fees paid or provided for, addressed to the person(s) on whom it is to be served, at the office address as last given by that person(s) on any document filed in the cause and served on the party making service or at that party's(s') place of residence.

XXX (BY FACSIMILE) transmission to a facsimile machine maintained by the person(s) on whom it is served at the facsimile machine telephone number as last given by that person(s) on any document filed in the cause and served on the party making service.

___ (BY U.S. MAIL) I caused each such envelope CERTIFIED, WITH RETURN RECEIPT REQUESTED, with postage thereon fully paid, to be placed in the United States mail at Walnut Creek, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on December 7, 2006, Walnut Creek, California.

_____
Linda Woods