1  Timothy C. Williams, Esq., State Bar No. 128520
2  Douglas K. Poulin, Esq., State Bar No. 219253
   THE WILLIAMS FIRM
3  1850 Mt. Diablo Blvd., Suite 340
   Walnut Creek, California 94596
4  Telephone: (925) 933-9800

5  Attorneys for Defendants,
   VIRGINIA HEMATOLOGY ONCOLOGY, PLLC,
6  VHO, PLLC, and RONALD POULIN

7

8

9                     UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                          OAKLAND DIVISION

12

13 ONCOLOGY THERAPEUTICS NETWORK, a     | Case No. C05-03033 WDB
   limited partnership of ONCOLOGY     |
14 THERAPEUTICS NETWORK CORPORATION IS  | JOINT CASE MANAGEMENT STATEMENT
   THE GENERAL PARTNER,                 | STIPULATION TO CONTINUE CASE
15                                      | MANAGEMENT CONFERENCE, AND
                  Plaintiff,            | PROPOSED ORDER
16                                      |
   vs.                                  | DATE:   February 15, 2007
17                                      | TIME:   1:30 P.M.
                                        | CTRM:   B
18 VIRGINIA HEMATOLOGY ONCOLOGY PLLC, a | JUDGE:  HON. WAYNE D. BRAZIL
   limited liability company; VHO,     |
19 PLLC; RONALD POULIN, an individual,  |

20                Defendants.

21     The parties to this action hereby submit this Joint Case
22 Management Statement and Stipulation to Continue Case Management
23 Conference.
24     The parties to this action attended a mediation session on,
25 December 6, 2006, at Plaintiff's offices with Douglas McClure as
26 the mediator.
27     The parties successfully entered into a tentative settlement
28 agreement. The performance of this agreement is anticipated to

---

JOINT CASE MANAGEMENT STATEMENT AND STIPULATION
TO CONTINUE JOINT CASE MANAGEMENT CONFERENCE
AND PROPOSED ORDER

1  take place within the next few days. The parties anticipate that
2  the settlement will become finalized within the next week.
3  Should the settlement be finalized, as is anticipated, the
4  currently scheduled case management conference will be
5  unnecessary.
6      The parties hereby stipulate that the Case Management
7  Conference scheduled for February 15, 2006, at 1:30 p.m. be
8  continued and request that the Court continue this Case
9  Management Conference until the second or third week of March
10 2007, as may be selected by the Court, to allow the parties to
11 complete the tentative settlement and to allow for the
12 anticipated dismissal of this matter.
13     Respectfully Submitted:
14
15 February 14, 2007                  THE WILLIAMS FIRM
16
17
18                                       DOUGLAS K. POULIN
                                      Attorney for Defendants VIRGINIA
19                                       HEMATOLOGY ONCOLOGY PLLC; VHO,
                                      PLLC; and RONALD POULIN
20
21 February 14, 2007                  COOK, PERKISS & LEW, P.L.C.
22
23
24                                       DAVID J. COOK
                                      Attorney for Plaintiffs ONCOLOGY
25                                       THERAPEUTICS NETWORK, a limited
                                      partnership, of ONCOLOGY
26                                       THERAPEUTICS NETWORK CORPORATION IS
                                      THE GENERAL PARTNER
27
28

---

JOINT CASE MANAGEMENT STATEMENT AND STIPULATION
TO CONTINUE JOINT CASE MANAGEMENT CONFERENCE
AND PROPOSED ORDER

1  Having reviewed the above Joint Case Management Statement
2  and Stipulation to Continue Joint Case Management Conference, and
3  good cause appearing therefore, the Court hereby Orders that the
4  Case Management Conference in this matter, currently scheduled
5  for February 15, 2006, at 1:30 p.m. be continued until
6
7  _____.
8
9  IT IS SO ORDERED
10
11
12  February 15, 2007                    /s/ Wayne D. Brazil
13                                       _____
                                         Hon. Wayne D. Brazil
                                         United States Magistrate Judge
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JOINT CASE MANAGEMENT STATEMENT AND STIPULATION
TO CONTINUE JOINT CASE MANAGEMENT CONFERENCE
AND PROPOSED ORDER