Timothy C. Williams, Esq., State Bar No. 128520
Douglas K. Poulin, Esq., State Bar No. 219253
THE WILLIAMS FIRM
1850 Mt. Diablo Blvd., Suite 340
Walnut Creek, California 94596
Telephone: (925) 933-9800

Attorneys for Defendants,
VIRGINIA HEMATOLOGY ONCOLOGY, PLLC,
VHO, PLLC, and RONALD POULIN

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| ONCOLOGY THERAPEUTICS NETWORK, a limited partnership of ONCOLOGY THERAPEUTICS NETWORK CORPORATION IS THE GENERAL PARTNER,<br><br>Plaintiff,<br><br>vs.<br><br>VIRGINIA HEMATOLOGY ONCOLOGY PLLC, a limited liability company; VHO, PLLC; RONALD POULIN, an individual,<br><br>Defendants. | Case No. C05-03033 WDB<br><br>JOINT CASE MANAGEMENT STATEMENT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE, AND PROPOSED ORDER<br><br>DATE: February 15, 2007<br>TIME: 1:30 P.M.<br>CTRM: B<br>JUDGE: HON. WAYNE D. BRAZIL |

The parties to this action hereby submit this Joint Case Management Statement and Stipulation to Continue Case Management Conference.

The parties to this action attended a mediation session on, December 6, 2006, at Plaintiff's offices with Douglas McClure as the mediator.

The parties successfully entered into a tentative settlement agreement. The performance of this agreement is anticipated to

1  take place within the next few days. The parties anticipate that
2  the settlement will become finalized within the next week.
3  Should the settlement be finalized, as is anticipated, the
4  currently scheduled case management conference will be
5  unnecessary.

6  The parties hereby stipulate that the Case Management
7  Conference scheduled for February 15, 2006, at 1:30 p.m. be
8  continued and request that the Court continue this Case
9  Management Conference until the second or third week of March
10 2007, as may be selected by the Court, to allow the parties to
11 complete the tentative settlement and to allow for the
12 anticipated dismissal of this matter.

13 Respectfully Submitted:

15 February 14, 2007                          THE WILLIAMS FIRM

18                                            DOUGLAS K. POULIN
                                              Attorney for Defendants VIRGINIA
                                              HEMATOLOGY ONCOLOGY PLLC; VHO,
                                              PLLC; and RONALD POULIN

21 February 14, 2007                          COOK, PERKISS & LEW, P.L.C.

24                                            DAVID J. COOK
25                                            Attorney for Plaintiffs ONCOLOGY
                                              THERAPEUTICS NETWORK, a limited
26                                            partnership, of ONCOLOGY
                                              THERAPEUTICS NETWORK CORPORATION IS
27                                            THE GENERAL PARTNER

---

JOINT CASE MANAGEMENT STATEMENT AND STIPULATION
TO CONTINUE JOINT CASE MANAGEMENT CONFERENCE
AND PROPOSED ORDER

Having reviewed the above Joint Case Management Statement and Stipulation to Continue Joint Case Management Conference, and good cause appearing therefore, the Court hereby Orders that the Case Management Conference in this matter, currently scheduled for February 15, 2006, at 1:30 p.m. be continued until

March 15, 2007 at 1:30 p.m.

IT IS SO ORDERED

February 15, 2007

/s/ Wayne D. Brazil

Hon. Wayne D. Brazil
United States Magistrate Judge

JOINT CASE MANAGEMENT STATEMENT AND STIPULATION
TO CONTINUE JOINT CASE MANAGEMENT CONFERENCE
AND PROPOSED ORDER