Timothy C. Williams, Esq., State Bar No. 128520
Douglas K. Poulin, Esq., State Bar No. 219253
THE WILLIAMS FIRM
1850 Mt. Diablo Blvd., Suite 340
Walnut Creek, California 94596
Telephone: (925) 933-9800

Attorneys for Defendants,
VIRGINIA HEMATOLOGY ONCOLOGY, PLLC,
VHO, PLLC, and RONALD POULIN

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| ONCOLOGY THERAPEUTICS NETWORK, a limited partnership, of ONCOLOGY THERAPEUTICS NETWORK CORPORATION IS THE GENERAL PARTNER,<br><br>Plaintiff,<br><br>vs.<br><br>VIRGINIA HEMATOLOGY ONCOLOGY PLLC, a limited liability company; VHO, PLLC; RONALD POULIN, an individual,<br><br>Defendants. | Case No. C05-03033 WDB<br><br>JOINT CASE MANAGEMENT STATEMENT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE, AND PROPOSED ORDER<br><br>DATE: March 15, 2007<br>TIME: 1:30 P.M.<br>CTRM: B<br>JUDGE: HON. WAYNE D. BRAZIL |

The parties to this action hereby submit this Joint Case Management Statement and Stipulation to Continue Case Management Conference.

The parties to this action attended a mediation session on December 6, 2006, at Plaintiff's offices with Douglas McClure as the mediator.

The parties successfully entered into a settlement agreement. The settlement agreement has been executed, and

JOINT CASE MANAGEMENT STATEMENT AND STIPULATION
TO CONTINUE JOINT CASE MANAGEMENT CONFERENCE
AND PROPOSED ORDER

settlement funds have been tendered. The parties anticipate that the settlement checks will clear within the next few days. Upon the clearing of the settlement checks, the parties intend to file a stipulation for dismissal with prejudice. As the parties anticipate filing a stipulation for dismissal in the near future, the currently scheduled case management conference appears to be unnecessary.

The parties hereby stipulate that the Case Management Conference scheduled for March 15, 2006, at 1:30 p.m. be continued and request that the Court continue this Case Management Conference until the second or third week of April 2007, as may be selected by the Court, to allow the parties to complete the tentative settlement and to allow for the anticipated dismissal of this matter.

Respectfully Submitted:

March 8, 2007

THE WILLIAMS FIRM

DOUGLAS K. POULIN
Attorney for Defendants VIRGINIA
HEMATOLOGY ONCOLOGY PLLC; VHO,
PLLC; and RONALD POULIN

March 8, 2007

COOK, PERKISS & LEW, P.L.C.

DAVID J. COOK
Attorney for Plaintiffs ONCOLOGY
THERAPEUTICS NETWORK, a limited
partnership, of ONCOLOGY
THERAPEUTICS NETWORK CORPORATION IS
THE GENERAL PARTNER

JOINT CASE MANAGEMENT STATEMENT AND STIPULATION
TO CONTINUE JOINT CASE MANAGEMENT CONFERENCE
AND PROPOSED ORDER

Having reviewed the above Joint Case Management Statement and Stipulation to Continue Joint Case Management Conference, and good cause appearing therefore, the Court hereby Orders that the Case Management Conference in this matter, currently scheduled for March 15, 2006, at 1:30 p.m. be continued until

April 26, 2007 at 1:30 p.m.

IT IS SO ORDERED

/s/ Wayne D. Brazil

March 12, 2007

Hon. Wayne D. Brazil
United States Magistrate Judge

JOINT CASE MANAGEMENT STATEMENT AND STIPULATION
TO CONTINUE JOINT CASE MANAGEMENT CONFERENCE
AND PROPOSED ORDER

**PROOF OF SERVICE**

I, Monica Martinez, declare that:

I am employed in the County of Contra Costa, California. I am over 18 years of age and am not a party to the within entitled cause; my business address is 1850 Mt. Diablo Boulevard, Suite 340, Walnut Creek, California 94596. On March 9, 2007, I caused to be served the attached documents:

1. Joint Case Management Statement Stipulation To Continue Case Management Conference And Proposed Order

on the party(ies) in said cause, by placing a true copy thereof in a sealed envelope, each envelope addressed as follows:

David J. Cook
Cook, Perkiss & Lew
333 Pine Street, 3rd Floor
San Francisco, CA 94104

XXX (BY OFFICE MAIL) placing true and correct copies thereof enclosed in a sealed envelope(s), with first class postage fully prepaid, for collection and mailing at The Williams Firm, 1850 Mt. Diablo Boulevard, Suite 340, Walnut Creek, CA 94596, addressed as set forth above. I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service,. Correspondence so placed would be deposited with the United States Postal Service that same day in the ordinary course of business.

___ (BY PERSONAL SERVICE) I caused each such envelope to be delivered by hand to the offices of each addressee set forth above.

___ (BY OVERNIGHT DELIVERY) placing true and correct copies thereof enclosed in a sealed envelope(s), for overnight delivery, in a box or other facility regularly maintained by an express service carrier, or delivered to an authorized courier or driver authorized by that express service carrier with delivery fees paid or provided for, addressed to the person(s) on whom it is to be served, at the office address as last given by that person(s) on any document filed in the cause and served on the party making service or at that party's(s') place of residence.

**XXX** (BY FACSIMILE) transmission to a facsimile machine maintained by the person(s) on whom it is served at the facsimile machine telephone number as last given by that person(s) on any document filed in the cause and served on the party making service.

___ (BY U.S. MAIL) I caused each such envelope CERTIFIED, WITH RETURN RECEIPT REQUESTED, with postage thereon fully paid, to be placed in the United States mail at Walnut Creek, California.

///

///

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on March 9, 2007, Walnut Creek, California.

*Monica Martinez*
Monica Martinez