Timothy C. Williams, Esq., State Bar No. 128520
Douglas K. Poulin, Esq., State Bar No. 219253
THE WILLIAMS FIRM
1850 Mt. Diablo Blvd., Suite 340
Walnut Creek, California 94596
Telephone: (925) 933-9800

Attorneys for Defendants,
VIRGINIA HEMATOLOGY ONCOLOGY, PLLC,
VHO, PLLC, and RONALD POULIN

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| ONCOLOGY THERAPEUTICS NETWORK, a limited partnership, of ONCOLOGY THERAPEUTICS NETWORK CORPORATION IS THE GENERAL PARTNER, | Case No.  C05-03033 WDB |
| | STIPULATION OF DISMISSAL |
| Plaintiff, | |
| vs. | |
| VIRGINIA HEMATOLOGY ONCOLOGY PLLC, a limited liability company; VHO, PLLC; RONALD POULIN, an individual, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1).

STIPULATION OF DISMISSAL

04/04/2021  11:09    4153945002          COOK PERKISS LEW                    PAGE  03

1    March 26, 2007           THE WILLIAMS FIRM

2

3

4                       DOUGLAS K. POULIN
                      Attorney for Defendants VIRGINIA

5                       HEMATOLOGY ONCOLOGY PLLC; VHO,
                      PLLC; and RONALD POULIN

6    March 26, 2007               COOK, PERKISS & LEW, P.L.C.

7

8

9                       DAVID J. COOK

10                     Attorney for Plaintiffs ONCOLOGY
                     THERAPEUTICS NETWORK, a limited

11                    partnership, of ONCOLOGY
                     THERAPEUTICS NETWORK CORPORATION IS

12                    THE GENERAL PARTNER

13

14      IT IS SO ORDERED.

15      4/10/2007

16

17                      Wayne D. Brazil
                     United States Magistrate Judge

18

19

20

21

22

23

24

25

26

27

28

STIPULATION OF DISMISSAL

**PROOF OF SERVICE**

I, Monica Martinez, declare that:

I am employed in the County of Contra Costa, California. I am over 18 years of age and am not a party to the within entitled cause; my business address is 1850 Mt. Diablo Boulevard, Suite 340, Walnut Creek, California 94596. On April 10, 2007, I caused to be served the attached documents:

1. Stipulation of Dismissal

on the party(ies) in said cause, by placing a true copy thereof in a sealed envelope, each envelope addressed as follows:

David J. Cook
Cook, Perkiss & Lew
333 Pine Street, 3rd Floor
San Francisco, CA 94104

**XXX**  (BY OFFICE MAIL) placing true and correct copies thereof enclosed in a sealed envelope(s), with first class postage fully prepaid, for collection and mailing at The Williams Firm, 1850 Mt. Diablo Boulevard, Suite 340, Walnut Creek, CA 94596, addressed as set forth above. I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service,. Correspondence so placed would be deposited with the United States Postal Service that same day in the ordinary course of business.

___  (BY PERSONAL SERVICE) I caused each such envelope to be delivered by hand to the offices of each addressee set forth above.

___  (BY OVERNIGHT DELIVERY) placing true and correct copies thereof enclosed in a sealed envelope(s), for overnight delivery, in a box or other facility regularly maintained by an express service carrier, or delivered to an authorized courier or driver authorized by that express service carrier with delivery fees paid or provided for, addressed to the person(s) on whom it is to be served, at the office address as last given by that person(s) on any document filed in the cause and served on the party making service or at that party's(s') place of residence.

**XXX**  (BY FACSIMILE) transmission to a facsimile machine maintained by the person(s) on whom it is served at the facsimile machine telephone number as last given by that person(s) on any document filed in the cause and served on the party making service.

___  (BY U.S. MAIL) I caused each such envelope CERTIFIED, WITH RETURN RECEIPT REQUESTED, with postage thereon fully paid, to be placed in the United States mail at Walnut Creek, California.

///

///

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on April 10, 2007, Walnut Creek, California.

Monica Martinez